938

APPEAL No. 74-324. JAMES I. RYAN *v.* GRINNELL CORP. Motion for a counsel fee pursuant to G.L. 1956, §28-35-32, as amended, is granted, and petitioner is awarded a counsel fee in the amount of $1200 for services rendered before this court. *Abedon, Stanzler, Biener, Skolnik & Lipsey,* for petitioner. *Eldridge H. Henning, Jr.,* for respondent.

APPEAL No. 75-30. ADAM FARKAS *v.* ALBERT M. SADLER *et al.* The court has considered plaintiff's motion to correct the statement he made during oral argument and the correction has been duly noted. *Adam Farkas,* pro se, for plaintiff. *Leonard A. Kiernan, Jr., James A. Currier,* for defendants.

APPEAL No. 75-69. JAMES M. O'DONNELL *et ux. v.* STATE. The plaintiffs' petition for reargument is denied. *Paul P. Baillargeon,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Stephen F. Mullen,* Office of Special Counsel, for defendant.

APPEAL No. 75-160. DONATO L. PERRIELLO *v.* THOMAS DEL VECCHIO. The plaintiff's motion for an extension of time to June 15, 1977 to file his brief is granted. *William A. Poore,* for plaintiff. *John G. Carroll,* for defendant.

APPEAL No. 76-118. VERA AQUILANTE *et al. v.* EMPIRE MUTUAL INSURANCE COMPANY. The defendant's motion to extend the time for filing its brief to June 10, 1977, is granted. This is the last extension which will be granted in this matter. *Temkin, Merolla & Zurier, Amedeo C. Merolla, Norbert Fessel,* for plaintiffs. *John W. Kershaw,* for defendant.

APPEAL No. 76-202. STATE *v.* GRACE C. CRESCENZO. The motion that the name of this case be amended to read *State* v. *Grace C. Crescenzo* is granted. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Asst. Attorney General, for plaintiff. *Nugent & Nugent,* for defendant.